**AO 91 (Rev. 5/85) Criminal Complaint**

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CARLOS S. PERLA    MELSIN ZELAYA**
**DOB: x/xx/xx       DOB: x/x/xx**
**PDID: xxx-xxx      PDID: xxx-xxx**

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about <u>June 25, 2008</u> in, in the District of <u>COLUMBIA</u> defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title <u>  21  </u> United States Code, Section(s) <u>  841(a)(1)  </u>.

I further state that I am <u>**OFFICER ALVIN CARDINAL**</u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER CARDINAL ALVIN**
**MPD-NSID**

Sworn to before me and subscribed in my presence,

_____  at  _____Washington, D.C._____
**Date**                       **City and State**

_____        _____
**Name & Title of Judicial Officer**   **Signature of Judicial Officer**

**STATEMENT OF FACTS**

      On June 25, 2008, following a series of phone conversations between a confidential informant (CI) and the defendant Perla and the defendant Zelaya it was agreed that the CI would purchase an 1/8 kilo of crack cocaine from Defendant Perla.  The CI went to the KFC parking lot at 220 Riggs Road, NE, Washington, DC to meet Defendants Perla and Zelaya. Defendant Perla and Defendant Zelaya arrived at the location in Zelaya's pick up truck. The CI went over to the defendant's vehicle and got into the back seat of the vehicle.  The Defendant Perla showed the CI a plastic bag containing crack cocaine.  The CI told the defendants that he needed to go to his car to retrieve the money .  The CI saw a handgun lying between the two defendants.  The CI exited the vehicle and gave a signal for the arrest team to come over.  The arrest team moved in and placed the defendants under arrest.  The officers recovered a loaded .45 caliber pistol from Perla's lap and two tied pieces of plastic containing a rock-like substance from front passenger side floor board.  The rock-like substance was suspected to be crack cocaine. A portion of the suspected crack cocaine field tested positive for cocaine base and weighed approximately 125 grams.

                                                                         _____
                                                    OFFICER ALVIN CARDINAL
                                                    MPD-NARCOTICS SPECIAL INVESTIGATIONS DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_ DAY OF JUNE, 2008.

                                                   _____
                                                  U.S. MAGISTRATE JUDGE